Robert B. Wilson
Chapter 13 Trustee
6308 Iola Ave., Suite 100
Lubbock   TX  79424
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| IN RE: | |
|---|---|
| ANDRES RICARDO ROJAS<br>MARIA SALUD ROJAS | CASE NO: 13-70413-HDH-13<br>HEARING DATE:  8/20/2014<br>HEARING TIME:  10:00 AM |

## TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (if required)

NOW COMES Robert B. Wilson, Chapter 13 Trustee, and files this Proposed Trustee's Recommendation Concerning Claims and Plan Modification (if required)  in accordance with Bankruptcy Rule 3007 and General Order 2010-01 and would respectively show unto to the Court as follows:

### I.
### OBJECTION -- NO PROOF OF CLAIM FILED

The following creditors were scheduled by the Debtor(s).  No Proof of Claim has been filed by them or on their behalf, as required by Bankruptcy Rule 3002(a).  The bar date for filing claims pursuant to Bankruptcy Rule 3002(c) has passed.  Therefore the claims should be DISALLOWED.

| Trustee Clm# | Creditor Name | Scheduled Amount | Trustee Clm# | Creditor Name | Scheduled Amount |
|---|---|---|---|---|---|
| 014 0 U | ANDRE P DESIRE MD | $6,202.00 | 015 0 U | BRADLEY SAMUELSON MD | $42.40 |
| 018 0 U | CAPITAL ONE BANK/BESTBUY | $746.00 | 020 0 U | CHASE | $2,254.00 |
| 021 0 U | CHASE | $1,159.00 | 027 0 U | CLINICS OF NORTH TEXAS | $220.00 |
| 028 0 U | COLLECTION/FIRST FINANCIAL RESOURCES | $486.00 | 029 0 U | COMMUNITY HEALTH CARE CENTER | $248.45 |
| 030 0 U | CREDIT COLLECTION SERVICES | $486.00 | 034 0 U | EXECUTIVE SERVICES | $324.00 |
| 035 0 U | EXECUTIVE SERVICES | $1,057.00 | 041 0 U | GRACIA DEL ROSARIO MD | $622.00 |
| 042 0 U | KELL WEST FAMILY PRACTICE CLINIC | $287.19 | 044 0 U | KOHLS/CAPONE | $60.00 |
| 045 0 U | LCA COLLECTIONS | $57.17 | 046 0 U | MEDICAL BILLING SERVICES | $697.12 |
| 048 0 U | NORTH CENTRAL TEXAS COMMUNITY HEALTH CAR | $300.00 | 050 0 U | TITANIUM EMERGENCY GROUP | $487.00 |

### II.
### SPECIFIC OBJECTIONS
No Objections

### III.
### TRUSTEE'S RECOMMENDATIONS CONCERNING ALLOWED CLAIMS

The Trustee hereby recommends the ALLOWANCE of the following claims for the amount and in the class as listed below.

| Trustee Claim # | Creditor | Collateral / Description | Claim Amount | Value | % | Term | Paid / Treated |
|---|---|---|---|---|---|---|---|
| **SECURED CREDITORS** | | | | | | | |
| 008 0 | WELLS FARGO BANK NA | HOME ARREARS THRU 11-2013 | $2,590.51 | $107,477.00 | 6.90% | 59 | $60.35 PAID BY TRUSTEE |
| 009 0 | WELLS FARGO BANK NA | DIRECT PMTS BEGIN 12-2013 | $101,778.71 | $107,477.00 | | | PD DIRECT BY DEBTOR |
| 010 0 | WICHITA COUNTY | 2013 PROPERTY TAXES - 5225 HENRY S GRACE FRWY | $2,349.10 | $2,349.10 | | | PD DIRECT BY DEBTOR |
| 011 0 | NISSAN MOTOR ACCEPTANCE CORP | 2012 NISSAN ROGUE | $25,632.35 | $27,120.00 | 6.00% | 60 | $556.70 PAID BY TRUSTEE |
| **UNSECURED GENERAL CREDITORS** | | | | | | | |

| Trustee Clm# | Creditor Name | Claim Amount | Trustee Clm# | Creditor Name | Claim Amount |
|---|---|---|---|---|---|
| 013 0 U | TGSLC | $11,685.77 | 016 0 U | PRA RECEIVABLES MANAGEMENT | $1,974.42 |
| | *STUDENT LOAN/WELLS FARGO BANK* | | | *PURCHASES/CAPITAL ONE HSBC* | |
| 017 0 U | PRA RECEIVABLES MANAGEMENT | $1,634.32 | 019 0 U | JEFFERSON CAPITAL SYSTEMS LLC | $3,050.80 |
| | *PURCHASES/CAPITAL ONE* | | | *PURCHASES/HSBC FURNITURE ROW* | |
| 023 0 U | ALTAIR OH XIII LLC | $3,071.57 | 024 0 U | ALTAIR OH XIII LLC | $632.33 |
| | *PURCHASES/CITIBANK* | | | *PURCHASES/CITIBANK* | |
| 025 0 U | CITIBANK NA | $2,736.71 | 031 0 U | DISCOVER FINANCIAL SERVICES | $1,071.57 |
| | *PURCHASES* | | | *PURCHASES* | |
| 033 0 U | SOUTHWESTERN BELL TELEPHONE COMPANY | $132.46 | 036 0 U | PRA RECEIVABLES MANAGEMENT | $738.82 |
| | *SERVICES/AT&T* | | | *PURCHASES/GEMB DILLARDS* | |
| 037 0 U | PRA RECEIVABLES MANAGEMENT | $858.84 | 038 0 U | PRA RECEIVABLES MANAGEMENT | $619.44 |
| | *PURCHASES/GE CAPITAL RETAIL BANK DILLARDS* | | | *PURCHASES/TJX REWARDS CREDIT CARD* | |
| 039 0 U | PRA RECEIVABLES MANAGEMENT | $2,011.15 | 040 0 U | PRA RECEIVABLES MANAGEMENT | $578.12 |
| | *PURCHASES/WALMART GE CAPITAL RETAIL BANK* | | | *PURCHASES/WALMART* | |
| 043 0 U | BECKET & LEE LLP | $1,215.86 | 047 0 U | NISSAN MOTOR ACCEPTANCE CORP | $12,127.24 |
| | *PURCHASES/CAPITAL ONE KOHLS* | | | *DEFICIENCY* | |
| 049 0 U | ALTAIR OH XIII LLC | $165.92 | 051 0 U | WELLS FARGO BANK NA | $1,555.46 |
| | *PURCHASES/CITIBANK THE CHILDRENS PLACE* | | | *PURCHASES* | |
| 055 0 U * | AT&T MOBILITY II LLC | $487.72 | 061 0 U * | WELLS FARGO BANK | $10,178.36 |
| | *SERVICES* | | | *STUDENT LOAN* | |
| | *Not provided for in confirmed plan.* | | | *Not provided for in confirmed plan.* | |
| 073 0 U * | PRA RECEIVABLES MANAGEMENT | $462.15 | | | |
| | *PURCHASES/JC PENNEY* | | | | |
| | *Not provided for in confirmed plan.* | | | | |

If the Trustee's recommendation concerning any claim differs from the amount indicated in a creditor's Proof of Claim, the recommendation is deemed an objection to such claim. Unless a timely reponse or objection is filed contesting the Trustee's recommendation, the objection will be sustained and such claim will be allowed only in the amount and in the class indicated.

Any proposed changes by the Debtor that extends the term or lowers the interest rate as to any secured claim contained in the confirmed Plan must be set out in a Debtor's Objection or Response to the Trustee's Recommendation Concerning Claims and noticed to the affected creditor in the absence of a letter agreement between the Debtor and the affected creditor.

## IV.

## **TRUSTEE'S PLAN MODIFICATION**

Pursuant to 11 U.S.C. Section 1329, and in accordance with General Order 2010-01 Section 8, the Trustee requests the following Modification of Debtor's(s') Confirmed Plan, subject to feasibility herein:

Trustee's Modification is as follows:

Beginning 12/14/2013 debtor shall make 9 payments of $675.00. Beginning 9/14/2014 debtor shall make 51 payments of $688.00 for a total plan contribution of $41,163.00.

/s/ Marc McBeath

_____
Robert B. Wilson  Bar#:21715000
Chapter 13 Trustee
Marc McBeath  Bar#:13328600
Staff Attorney

NOTICE OF HEARING AND PRE-HEARING CONFERENCE

IF AN OBJECTION IS FILED, A HEARING WILL BE HELD 8/20/2014 AT 10:00 AM CONCERNING THE TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (IF REQUIRED) (TRCC) AT THE FOLLOWING LOCATION:

VIDEO: US COURTHOUSE ROOM 208, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

A PRE-HEARING CONFERENCE WITH THE TRUSTEE SHALL BE HELD AT:
US COURTHOUSE ROOM 208, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301
AT 8:30am. ALL PARTIES ARE REQUIRED TO ATTEND THE PREHEARING CONFERENCE. ANY OBJECTIONS TO THE PLEADINGS NOT RESOLVED OR DEFAULTED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT AT THE HEARING DATE AND TIME ABOVE. TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, SERVED ON ALL EFFECTED CREDITORS AND FILED WITH THE COURT WITHIN THIRTY (30) DAYS FROM THE DATE OF SERVICE.

PURSUANT TO GENERAL ORDER 2010-01 SECTION 8(C), UNLESS AN OBJECTION IS TIMELY FILED AS TO THE TREATMENT OF ANY CLAIM OR MODIFICATION, THE CLAIM OR MODIFICATION WILL BE ALLOWED OR APPROVED AS DESCRIBED IN THE TRCC AND SUCH TREATMENT WILL BE FINAL AND BINDING ON ALL PARTIES.

/s/ Marc McBeath
_____
Robert B. Wilson  Bar#:21715000
Chapter 13 Trustee
Marc McBeath  Bar#:13328600
Staff Attorney

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) and Notice of Hearing and Pre-Hearing Conference on Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

| | |
|---|---|
| Date: 6/23/2014 | /s/ Marc McBeath |
| | _____ |
| | Robert B. Wilson  Bar#:21715000 |
| | Chapter 13 Trustee |
| | Marc McBeath  Bar#:13328600 |
| | Staff Attorney |

ACS/WELLS FARGO 501 BLEEKER  UTICA NY 13501
ALTAIR OH XIII LLC C/O WEINSTEIN PINSON AND RILEY PS 2001 WESTERN AVENUE  STE 400 SEATTLE WA 98121
ALTAIR OH XIII LLC C/O WEINSTEIN PINSON AND RILEY PS PO BOX 3978 SEATTLE WA 98124
ANDRE P DESIRE MD 1631 11THS ST  WICHITA FALLS TX 76301
ANDRES RICARDO ROJAS & MARIA SALUD ROJAS 5225 HENRY S GRACE FWY  WICHITA FALLS TX 76302
AT&T MOBILITY II LLC C/O AT&T SERVICES KAREN CAVAGNARO ONE AT&T WAY ROOM 3A104 BEDMINSTER NJ 07921
BECKET & LEE LLP ATTORNEYS AT LAW 16 GENERAL WARREN, PO BOX 3001 MALVERN PA 19355
BRADLEY SAMUELSON MD 1004 BROOK STE B  WICHITA FALLS TX 76301
CAP1/FRNRW 26525 N RIVERWOODS BLVD  METTAWA IL 60045
CAPITAL ONE BANK ATTN: BANKRUPTCY DEPT PO BOX 30285 SALT LAKE CITY UT 84130
CAPITAL ONE BANK/BESTBUY 26525 N RIVERWOODS BLVD  METTAWA IL 60045
CHASE PO BOX 15298  WILMINGTON DE 19850
CITIBANK NA 701 EAST 60TH STREET NORTH  SIOUX FALLS SD 57117
CITIBANK NA PAYMENT CENTER 4740 121ST STREET URBANDALE IA 50323
CITIBANK PO BOX 790034  ST LOUIS MO 63179
CITIBANK SD NA ATTN: CENTRALIZED BANKRUPTCY PO BOX 20363 KANSAS CITY MO 64195
CITIBANK USA CITICORP CREDIT SERVICES/ATTN: CENTRALIZ PO BOX 20507 KANSAS CITY MO 64195
CITY OF WF, WFISD, WICHITA CO C/O HAROLD LEREW PO BOX 8188 WICHITA FALLS TX 76307
CLINICS OF NORTH TEXAS PO BOX 730852  DALLAS TX 75373
COLLECTION/FIRST FINANCIAL RESOURCES 209 WEST CENTRAL ST STE 107  NATICK MA 01760
COMMUNITY HEALTH CARE CENTER PO BOX 720  WICHITA FALLS TX 76307
CREDIT COLLECTION SERVICES TWO WELLS AVE DEPT 9136  NEWTON CENTER MA 02459
DISCOVER FIN SVCS LLC PO BOX 15316  WILMINGTON DE 19850
DISCOVER FINANCIAL SERVICES PO BOX 3025  NEW ALBANY OH 43054
EOS CCA 700 LONGWATER DR  NORWELL MA 02061
EXECUTIVE SERVICES PO BOX 2248  WICHITA FALLS TX 76307
GECRB-DILLARDS BANKRUTPCY DEPARTMENT PO BOX 103104 ROSWELL GA 30076
GECRB-TJ MAX COS PO BOX 965015  ORLANDO FL 32896
GEMB/WALMART ATTN: BANKRUPTCY PO BOX 103104 ROSWELL GA 30076
GRACIA DEL ROSARIO MD 3901 ARMORY RD  WICHITA FALLS TX 76302
INTERNAL REVENUE SERVICE PO BOX 7317  PHILADELPHIA PA 19101
INTERNAL REVENUE SERVICE PO BOX 7346  PHILADELPHIA PA 19101
JEFFERSON CAPITAL SYSTEMS LLC PO BOX 7999  SAINT CLOUD MN 56302
JEFFERSON CAPITAL SYSTEMS LLC PO BOX 953185  ST LOUIS MO 63195
JNR ADJUSTMENT COMPANY INC 7001 E FISH LAKE RD  SUITE 200  MAPLE GROVE MN 55311
KELL WEST FAMILY PRACTICE CLINIC 4412 KELL BLVD WEST  WICHITA FALLS TX 76309
KOHLS/CAPONE N56 W 17000 RIDGEWOOD DR  MENOMONEE FALLS WI 53051
LCA COLLECTIONS PO BOX 2240  BURLINGTON NC 27216
MEDICAL BILLING SERVICES 1200 AUSTIN ST PO BOX 2285 WICHITA FALLS TX 76307
NISSAN MOTOR ACCEPTANC PO BOX 660360  DALLAS TX 75266
NISSAN MOTOR ACCEPTANCE CORP PO BOX 660366  DALLAS TX 75266
NORTH CENTRAL TEXAS COMMUNITY HEALTH CAR 200 MARTIN LUTHER KING JR BLVD  WICHITA FALLS TX 76301
PRA RECEIVABLES MANAGEMENT PORTFOLIO REC ASSOC PO BOX 41067 NORFOLK VA 23541
PRA RECEIVABLES MANAGEMENT PORTFOLIO RECOVERY ASSOC PO BOX 12914 NORFOLK VA 23541
SALLIE MAE INC ATTN  BANKRUPTCY LITIGATION UNIT E3149 PO BOX 9430 WILKES-BARRE PA 18773
SOUTHWESTERN BELL TELEPHONE COMPANY %AT&T SERV KAREN A CAVAGANARO ONE AT&T WAY ROOM 3A104 BEDMINSTER NJ 07921
TGSLC PO BOX 659602  SAN ANTONIO TX 78265
TGSLC PO BOX 83100  ROUND ROCK TX 78683
THE CHILDRENS PLACE PO BOX 790394  SAINT LOUIS MO 63179
TITANIUM EMERGENCY GROUP PO BOX 3407 EMERGENCY ROOM PHYSICIANS WICHITA FALLS TX 76301
UNITED STATES ATTORNEY 801 CHERRY STREET UNIT 4  FT WORTH TX 76102
US ATTORNEY ATTORNEY IN CHARGE 1100 COMMERCE STREET SUITE 300 DALLAS TX 75242
US ATTORNEY GENERAL 10TH ST & CONSTITUTION AVE  WASHINGTON DC 20530
WELLS FARGO BANK C/O NW EDUCATION LOAN ASSOC DEPOSIT OPER PO BOX 7167 INDIANAPOLIS IN 46207
WELLS FARGO BANK NA ATTN: BANKRUPTCY DEPT MAC#D3347-014 3476 STATEVIEW BLVD FORT MILLS SC 29715
WELLS FARGO BANK NA ONE HOME CAMPUS BK PMTS PROC MAC  #X2302-04C DES MOINES IA 50328
WELLS FARGO BANK NA PO BOX 829009  DALLAS TX 75382
WELLS FARGO BANK NA WELLS FARGO CARD SERVICES PO BOX 9210 DES MOINES IA 50306
WELLS FARGO BANK NA/WELLS FARGO HOME MTG ATTN: BANKRUPTCY DEPT  MAC X7801-014 3476 STATEVIEW BLVD FORT MILL SC 29715
WELLS FARGO BANK WELLS FARGO CARD SERVICES 1 HOME CAMPUS 3RD FLOOR DES MOINES IA 50328
WELLS FARGO CARD SER 1 HOME CAMPUS 3RD FLOOR DES MOINES IA 50328
WELLS FARGO HM MORTGAGE 8480 STAGECOACH CIR  FREDERICK MD 21701
WICHITA COUNTY PO BOX 1471  WICHITA FALLS TX 76307