

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 24, 2014**

_____
**United States Bankruptcy Judge**

_____

MOD1 0013.000276

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

| | |
|---|---|
| IN RE: | CASE NO: 13-70413-HDH-13 |
| ANDRES RICARDO ROJAS | DATED: September 18, 2014 |
| MARIA SALUD ROJAS | ATTORNEY: MONTE J WHITE |
| | HEARING DATE: SEPTEMBER 17, 2014 |

**ORDER APPROVING MODIFIED PLAN AND LIMITING NOTICE**

On this day came on for consideration the "Modification of Plan After Confirmation and Order Limiting Notice" dated AUGUST 6, 2014. The Court finds that notice was and is appropriate under the circumstances, and that the Modification should be APPROVED.

**IT IS THEREFORE ORDERED** that the Modified Plan dated AUGUST 6, 2014 be and the same is hereby APPROVED, as stated below:

DEBTORS SHALL MAKE 9 MONTHLY PLAN PAYMENTS OF $675.00 BEGINNING SEPTEMBER 2014 AND 51 MONTHLY PLAN PAYMENTS OF $751.00 BEGINNING SEPTEMBER 2014 FOR A TOTAL PLAN CONTRIBUTION OF $44,376.00  THE INTERNAL REVENUE SERVICE SHALL BE ALLOWED A PRIORITY CLAIM IN THE AMOUNT OF $2,461.00 TO BE PAID THROUGH THE TRUSTEE WITH MONTHLY PAYMENTS OF $48.26.  DEBTORS' ATTORNEY SHALL BE ALLOWED $400.00 FOR FILING THIS MODIFICATION TO BE PAID THROUGH THE TRUSTEE.

**IT IS FURTHER ORDERED** that 25 days written Notice to the Debtor(s), Attorney for Debtor(s), the Chapter 13 Trustee, and all creditors adversely affected by such modification and opportunity for hearing, is appropriate under the circumstances.

# # # End of Order # # #

/s/ Marc McBeath
_____
Robert B. Wilson, Bar # 21715000
Chapter 13 Trustee
Marc McBeath, Bar # 13328600
Staff Attorney